THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00124-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| BRIAN WAYNE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue [Doc. 40].

For the reasons stated therein, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Continue [Doc. 40] is **GRANTED**, and the Defendant's sentencing hearing is hereby **CONTINUED** from its current setting of October 16, 2014. The parties will be notified at a later time of the date of the rescheduled hearing.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge