# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:12 cr 124

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BRIAN WAYNE MOORE. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion for Relief Under Title 18 U.S.C. § 3771 (#42) filed by the Government. In the motion, the Government requests that the Court enter an order commanding and directing Defendant not to contact the minor victim in this case or the minor victim's mother. At the call of this matter on for hearing it appeared Defendant was present with his attorney, David Belser, and the Government was present through Assistant United States Attorney Tom Kent. Mr. Belser, on behalf of Defendant, stated that Defendant did not object to the Government's motion. Based upon the good cause as shown in the motion and based upon the consent of Defendant, the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED**, that the Motion for Relief Under Title 18 U.S.C. § 3771 (#42) is **ALLOWED** and the Defendant is **ORDERED** and

1

directed to have no contact whatsoever with the minor victim in this matter or the minor's victim's mother. Defendant is **ORDERED** and directed not to send letters, email messages, text messages, or messages through another person or send any form of communication to the minor victim or the minor victim's mother.

Signed: December 4, 2014

Dennis L. Howell
United States Magistrate Judge